# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARIA VARGAS,**

    Petitioner,

vs.                                     Case No. 4:08cv260-SPM/WCS

**WARDEN PAIGE AUGUSTINE,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO DISMISS § 2241 PETITION AS MOOT

This cause is before the court on Respondent's motion to dismiss as moot the current 28 U.S.C. § 2241 habeas corpus proceeding. Doc. 20.

Petitioner was incarcerated at the Federal Correctional Institution (FCI) in Tallahassee at the time this case was initiated and when the second amended § 2241 petition was filed. Docs. 1 and 7. She was serving a sentence imposed by the Southern District of Florida, and claimed entitlement to some three and a half years of credit against her federal sentence for time spent in custody before imposition of the federal sentence on May 22, 2001. Doc. 7, pp. 4, 7.

Respondent seeks dismissal as the petition no longer presents a case or controversy, in light of Petitioner's release from custody of the Bureau of Prisons (BOP) on September 10, 2009. Doc. 20. Petitioner did not respond, but it is unknown whether she received the motion to dismiss, sent to the FCI Tallahassee address over eight months after the date of release.[1]

The court has confirmed through the United States Probation Office that Petitioner was removed (deported) from the United States on October 30, 2009. A favorable decision on the merits would not entitle Petitioner to any relief, and it is therefore respectfully **RECOMMENDED** that Respondent's motion to dismiss (doc. 20) be **GRANTED**, and this § 2241 proceeding be **DISMISSED AS MOOT**.

**IN CHAMBERS** at Tallahassee, Florida, on June 4, 2010.

    S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] See doc. 20, p. 3 (certificate of service, reflecting service on Petitioner's last address of record).

Case No. 4:08cv260-SPM/WCS